IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE OWEN BLACK, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-6702 |
| | : | |
| MONTGOMERY COUNTY, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 21st_ day of ____September_____, 2015, it is **ORDERED** that:

- Lower Merion Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 32) is **GRANTED**. The state law claims against Defendants Henry, Garner, McGarvey, and Hand are **DISMISSED without prejudice** to Plaintiff to re-file them in state court.

- The Motion to Dismiss Second Amended Complaint of Defendant State Trooper Robert Pomponio (ECF No. 33) is **GRANTED**.

- The Motion of Defendants Montgomery County and Det. John T. Fallon to Dismiss Plaintiff's Second Amended Complaint (ECF No. 35) is **GRANTED**. The state law claims against Defendant Fallon are **DISMISSED without prejudice** to Plaintiff to re-file them in state court.

                                                              s/Anita B. Brody

                                                             _____
                                                             ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                     Copies **MAILED** on _____ to:

1