# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE OWEN BLACK, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 14-6702 |
| v. | : | |
| MONTGOMERY COUNTY, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th _ day of August, 2018, it is **ORDERED** that:

- Trooper Pomponio's Motion for Summary Judgment (ECF No. 78) is **GRANTED**;

- The Lower Merion Defendants' Motion for Summary Judgment (ECF No. 76) and the Motion of Defendants Montgomery County and Detective John T. Fallon for Summary Judgment Pursuant to Rule 56(b) (ECF No. 77) are **GRANTED-IN-PART and DENIED-IN-PART** as follows:

    o The motions are **DENIED** as to the state law claim of malicious prosecution (Count XIX);

    o The motions are **GRANTED** as to all other counts.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to: